# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY, a Nebraska corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>MABRY MANAGEMENT CO., INC., a California Corporation; and DOES 1-10, inclusive,<br><br>    Defendants.<br><br>MABRY MANAGEMENT CO., INC.,<br><br>    Counterclaimant,<br><br>vs.<br><br>UNITED STATES LIABILITY INSURANCE CO., INC.,<br><br>    Counterdefendant. | Case No. 2:23-cv-06417-DDP-RAOx<br>*District Judge Dean D. Pregerson*<br>*Magistrate Judge Rozella A. Oliver*<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# **ORDER**

The Court, having considered the Joint Stipulation for Dismissal of Entire Action with Prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and filed as ECF Document No. 49 by plaintiff and counterdefendant United States Liability Insurance Company and defendant and counterclaimant Mabry Management Co, Inc., and good cause appearing therefor, hereby orders the entire action dismissed with prejudice. Each party will bear their own attorney's fees and costs.

IT IS SO ORDERED.

DATED: August 14, 2024

HON. DEAN D. PREGERSON
United States District Judge